OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

1/5/2015

02 1M $ 00.26⁵
0004279596    JAN 07 2015
MAILED FROM ZIP CODE 78701

GOUDEAU, REGINALD WAYNE    Tr. Ct. No. 1030103-A    WR-48,100-04

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RTS
Discharged

REGINALD WAYNE GOUDEAU
STRINGFELLOW UNIT - TDC #865774
1200 FM 655
ROSHARON, TX  77583